

**Payslip**                                                                 Page: 1 of 2

| Employee Name | | Payroll | |
|---|---|---|---|
| **Samantha Kohl** | | **Weekly** | |
| **Person Number** | **Salary Basis Name** | **Tax Reporting Unit Name** | |
| 3024082 | USR USD Retail 05 - Hourly | Office Superstore East LLC | |
| **Location Name** | **Department Name** | **Job Title** | |
| Store 1542 | 1542-PhiladelphiaOregonAve PA Store | Print Supervisor | |
| **Employee Address** | | **Tax Reporting Unit Address** | |
| 2444 south Iseminger st<br>Philadelphia, PA 19148<br>US | | 500 Staples Drive<br>Framingham, MA 01702<br>US | |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Weekly | 13-Oct-2024 | 19-Oct-2024 | 25-Oct-2024 | 16.00 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 616.00 | 7,909.04 |
| Employee Tax Deductions | 125.33 | 1,641.23 |
| Net Payment | 490.67 | 6,267.81 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| HOL HOLIDAY | 0.00 | 120.00 |
| HOT HOL OT BASE | 0.00 | 132.32 |
| HOT HOL OT PREM_5 | 0.00 | 66.16 |
| OT1 REG OT BASE | 0.00 | 178.56 |
| OT1 REG OT PREM_5 | 0.00 | 89.28 |
| REG Regular | 616.00 | 7,322.72 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| REG Regular | | | 38.50 | Hours | 16.00 | 1.00 | 616.00 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| HOL HOLIDAY Hours Worked | 0.00 | 7.50 |
| HOT HOL OT BASE Hours Worked | 0.00 | 8.27 |
| HOT HOL OT PREM_5 Hours Worked | 0.00 | 8.27 |
| OT1 REG OT BASE Hours Worked | 0.00 | 11.16 |
| OT1 REG OT PREM_5 Hours Worked | 0.00 | 11.16 |
| REG Regular Hours Worked | 38.50 | 457.67 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | 38.19 | 490.36 |
| FED Withheld | 35.77 | 491.24 |
| Medicare Employee Withheld | 8.93 | 114.68 |
| SIT Withheld (PA) | 18.91 | 242.81 |
| SUI Employee Withheld (PA) | 0.43 | 5.54 |
| City Withheld (PA,Philadelphia,Philadelphia) | 23.10 | 296.60 |

| Net Pay Distribution | | | |
|---|---|---|---|
| **Check/Deposit Number** | **Account Type** | **Account Number** | **Payment Amount** |



**Payslip**

Page: 2 of 2

| 781370507 | Checking | XXXXXXX2383 | **490.67** |
|---|---|---|---|
| | | **Total:** | **490.67** |

| | Tax Withholding Information | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Exemptions** | **Extra Withholding Amount** |
| FEDERAL_2020 | Single or Married filing separately | **0.00** | 0 | **0.00** |
| PA | | | | **0.00** |



**Payslip**

Page: 1 of 2

| Employee Name | | Payroll |
|---|---|---|
| Samantha Kohl | | Weekly |
| **Person Number** | **Salary Basis Name** | **Tax Reporting Unit Name** |
| 3024082 | USR USD Retail 05 - Hourly | Office Superstore East LLC |
| **Location Name** | **Department Name** | **Job Title** |
| Store 1542 | 1542-PhiladelphiaOregonAve PA Store | Print Supervisor |
| **Employee Address** | | **Tax Reporting Unit Address** |
| 2444 south Iseminger st<br>Philadelphia, PA 19148<br>US | | 500 Staples Drive<br>Framingham, MA 01702<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Weekly | 6-Oct-2024 | 12-Oct-2024 | 18-Oct-2024 | 16.00 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 610.08 | 7,293.04 |
| Employee Tax Deductions | 123.78 | 1,515.90 |
| Net Payment | 486.30 | 5,777.14 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| HOL HOLIDAY | 0.00 | 120.00 |
| HOT HOL OT BASE | 0.00 | 132.32 |
| HOT HOL OT PREM_5 | 0.00 | 66.16 |
| OT1 REG OT BASE | 0.00 | 178.56 |
| OT1 REG OT PREM_5 | 0.00 | 89.28 |
| REG Regular | 610.08 | 6,706.72 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| REG Regular | | | 38.13 | Hours | 16.00 | 1.00 | 610.08 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| HOL HOLIDAY Hours Worked | 0.00 | 7.50 |
| HOT HOL OT BASE Hours Worked | 0.00 | 8.27 |
| HOT HOL OT PREM_5 Hours Worked | 0.00 | 8.27 |
| OT1 REG OT BASE Hours Worked | 0.00 | 11.16 |
| OT1 REG OT PREM_5 Hours Worked | 0.00 | 11.16 |
| REG Regular Hours Worked | 38.13 | 419.17 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Social Security Employee Withheld | 37.83 | 452.17 |
| FED Withheld | 35.06 | 455.47 |
| Medicare Employee Withheld | 8.85 | 105.75 |
| SIT Withheld (PA) | 18.73 | 223.90 |
| SUI Employee Withheld (PA) | 0.43 | 5.11 |
| City Withheld (PA,Philadelphia,Philadelphia) | 22.88 | 273.50 |

| Net Pay Distribution | | | |
|---|---|---|---|
| Check/Deposit Number | Account Type | Account Number | Payment Amount |

**Staples**

**Payslip**

| 763583717 | Checking | XXXXXXX2383 | 486.30 |
|---|---|---|---|
| | | Total: | 486.30 |

| Tax Withholding Information | | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Exemptions** | **Extra Withholding Amount** |
| FEDERAL_2020 | Single or Married filing separately | 0.00 | 0 | 0.00 |
| PA | | | | 0.00 |



**Payslip**

Page: 1 of 2

| Employee Name | | Payroll | |
|---|---|---|---|
| **Samantha Kohl** | | **Weekly** | |
| **Person Number** | **Salary Basis Name** | **Tax Reporting Unit Name** | |
| **3024082** | **USR USD Retail 05 - Hourly** | **Office Superstore East LLC** | |
| **Location Name** | **Department Name** | **Job Title** | |
| **Store 1542** | **1542-PhiladelphiaOregonAve PA Store** | **Print Supervisor** | |
| **Employee Address** | | **Tax Reporting Unit Address** | |
| **2444 south Iseminger st** | | **500 Staples Drive** | |
| **Philadelphia, PA 19148** | | **Framingham, MA 01702** | |
| **US** | | **US** | |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| **Weekly** | **29-Sep-2024** | **5-Oct-2024** | **11-Oct-2024** | **16.00** |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | **688.00** | **6,682.96** |
| Employee Tax Deductions | **144.43** | **1,392.12** |
| Net Payment | **543.57** | **5,290.84** |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| HOL HOLIDAY | **0.00** | **120.00** |
| HOT HOL OT BASE | **0.00** | **132.32** |
| HOT HOL OT PREM_5 | **0.00** | **66.16** |
| OT1 REG OT BASE | **32.00** | **178.56** |
| OT1 REG OT PREM_5 | **16.00** | **89.28** |
| REG Regular | **640.00** | **6,096.64** |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| OT1 REG OT BASE | | | **2.00** | Hours | **16.00** | **1.00** | **32.00** |
| OT1 REG OT PREM_5 | | | **2.00** | Hours | **16.00** | **0.50** | **16.00** |
| REG Regular | | | **40.00** | Hours | **16.00** | **1.00** | **640.00** |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| HOL HOLIDAY Hours Worked | **0.00** | **7.50** |
| HOT HOL OT BASE Hours Worked | **0.00** | **8.27** |
| HOT HOL OT PREM_5 Hours Worked | **0.00** | **8.27** |
| OT1 REG OT BASE Hours Worked | **2.00** | **11.16** |
| OT1 REG OT PREM_5 Hours Worked | **2.00** | **11.16** |
| REG Regular Hours Worked | **40.00** | **381.04** |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FED Withheld | **44.41** | **420.41** |
| Social Security Employee Withheld | **42.65** | **414.34** |
| Medicare Employee Withheld | **9.97** | **96.90** |
| SIT Withheld (PA) | **21.12** | **205.17** |
| SUI Employee Withheld (PA) | **0.48** | **4.68** |
| City Withheld (PA,Philadelphia,Philadelphia) | **25.80** | **250.62** |

**Staples**

**Payslip**

Page: 2 of 2

| Net Pay Distribution | | | |
|---|---|---|---|
| **Check/Deposit Number** | **Account Type** | **Account Number** | **Payment Amount** |
| 746309447 | Checking | XXXXXXX2383 | **543.57** |
| | | **Total:** | **543.57** |

| | Tax Withholding Information | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Exemptions** | **Extra Withholding Amount** |
| FEDERAL_2020 | Single or Married filing separately | **0.00** | 0 | **0.00** |
| PA | | | | **0.00** |



**Payslip**  Page: 1 of 2

| Employee Name | | Payroll | |
|---|---|---|---|
| **Samantha Kohl** | | **Weekly** | |
| **Person Number** | **Salary Basis Name** | **Tax Reporting Unit Name** | |
| 3024082 | USR USD Retail 05 - Hourly | Office Superstore East LLC | |
| **Location Name** | **Department Name** | **Job Title** | |
| Store 1542 | 1542-PhiladelphiaOregonAve PA Store | Print Supervisor | |
| **Employee Address** | | **Tax Reporting Unit Address** | |
| 2444 south Iseminger st | | 500 Staples Drive | |
| Philadelphia, PA 19148 | | Framingham, MA 01702 | |
| US | | US | |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Weekly | 8-Sep-2024 | 14-Sep-2024 | 20-Sep-2024 | 16.00 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 661.12 | 4,673.44 |
| Employee Tax Deductions | 137.30 | 973.25 |
| Net Payment | 523.82 | 3,700.19 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| HOL HOLIDAY | 0.00 | 120.00 |
| HOT HOL OT BASE | 0.00 | 132.32 |
| HOT HOL OT PREM_5 | 0.00 | 66.16 |
| OT1 REG OT BASE | 14.08 | 118.88 |
| OT1 REG OT PREM_5 | 7.04 | 59.44 |
| REG Regular | 640.00 | 4,176.64 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| OT1 REG OT BASE | | | 0.88 | Hours | 16.00 | 1.00 | 14.08 |
| OT1 REG OT PREM_5 | | | 0.88 | Hours | 16.00 | 0.50 | 7.04 |
| REG Regular | | | 40.00 | Hours | 16.00 | 1.00 | 640.00 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| HOL HOLIDAY Hours Worked | 0.00 | 7.50 |
| HOT HOL OT BASE Hours Worked | 0.00 | 8.27 |
| HOT HOL OT PREM_5 Hours Worked | 0.00 | 8.27 |
| OT1 REG OT BASE Hours Worked | 0.88 | 7.43 |
| OT1 REG OT PREM_5 Hours Worked | 0.88 | 7.43 |
| REG Regular Hours Worked | 40.00 | 261.04 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FED Withheld | 41.18 | 293.73 |
| Social Security Employee Withheld | 40.99 | 289.75 |
| Medicare Employee Withheld | 9.58 | 67.76 |
| SIT Withheld (PA) | 20.30 | 143.48 |
| SUI Employee Withheld (PA) | 0.46 | 3.27 |
| City Withheld (PA,Philadelphia,Philadelphia) | 24.79 | 175.26 |

**Staples**

**Payslip**

Page: 2 of 2

| Net Pay Distribution | | | |
|---|---|---|---|
| **Check/Deposit Number** | **Account Type** | **Account Number** | **Payment Amount** |
| 695879081 | Checking | XXXXXXX2383 | **523.82** |
| | | **Total:** | **523.82** |

| | Tax Withholding Information | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Exemptions** | **Extra Withholding Amount** |
| FEDERAL_2020 | Single or Married filing separately | **0.00** | 0 | **0.00** |
| PA | | | | **0.00** |



**Payslip**

Page: 1 of 2

| Employee Name | | Payroll | |
|---|---|---|---|
| Samantha Kohl | | Weekly | |
| **Person Number** | **Salary Basis Name** | **Tax Reporting Unit Name** | |
| 3024082 | USR USD Retail 05 - Hourly | Office Superstore East LLC | |
| **Location Name** | **Department Name** | **Job Title** | |
| Store 1542 | 1542-PhiladelphiaOregonAve PA Store | Print Supervisor | |
| **Employee Address** | | **Tax Reporting Unit Address** | |
| 2444 south Iseminger st | | 500 Staples Drive | |
| Philadelphia, PA 19148 | | Framingham, MA 01702 | |
| US | | US | |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Weekly | 1-Sep-2024 | 7-Sep-2024 | 13-Sep-2024 | 16.00 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 746.00 | 4,012.32 |
| Employee Tax Deductions | 159.84 | 835.95 |
| Net Payment | 586.16 | 3,176.37 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| HOL HOLIDAY | 120.00 | 120.00 |
| HOT HOL OT BASE | 132.32 | 132.32 |
| HOT HOL OT PREM_5 | 66.16 | 66.16 |
| OT1 REG OT BASE | 0.00 | 104.80 |
| OT1 REG OT PREM_5 | 0.00 | 52.40 |
| REG Regular | 427.52 | 3,536.64 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| HOL HOLIDAY | | | 7.50 | Hours | 16.00 | 1.00 | 120.00 |
| HOT HOL OT BASE | | | 8.27 | Hours | 16.00 | 1.00 | 132.32 |
| HOT HOL OT PREM_5 | | | 8.27 | Hours | 16.00 | 0.50 | 66.16 |
| REG Regular | | | 26.72 | Hours | 16.00 | 1.00 | 427.52 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| HOL HOLIDAY Hours Worked | 7.50 | 7.50 |
| HOT HOL OT BASE Hours Worked | 8.27 | 8.27 |
| HOT HOL OT PREM_5 Hours Worked | 8.27 | 8.27 |
| OT1 REG OT BASE Hours Worked | 0.00 | 6.55 |
| OT1 REG OT PREM_5 Hours Worked | 0.00 | 6.55 |
| REG Regular Hours Worked | 26.72 | 221.04 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FED Withheld | 51.37 | 252.55 |
| Social Security Employee Withheld | 46.25 | 248.76 |
| Medicare Employee Withheld | 10.82 | 58.18 |
| SIT Withheld (PA) | 22.90 | 123.18 |
| SUI Employee Withheld (PA) | 0.52 | 2.81 |
| City Withheld (PA,Philadelphia,Philadelphia) | 27.98 | 150.47 |

**Staples**

**Payslip**

Page: 2 of 2

| Net Pay Distribution | | | |
|---|---|---|---|
| **Check/Deposit Number** | **Account Type** | **Account Number** | **Payment Amount** |
| 683318756 | Checking | XXXXXXX2383 | **586.16** |
| | | Total: | **586.16** |

| Tax Withholding Information | | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Exemptions** | **Extra Withholding Amount** |
| FEDERAL_2020 | Single or Married filing separately | 0.00 | 0 | 0.00 |
| PA | | | | 0.00 |