Certificate Number: 16339-PAE-DE-039170795

Bankruptcy Case Number: 24-13921



16339-PAE-DE-039170795

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 18, 2024</u>, at <u>8:24</u> o'clock <u>PM EST</u>, <u>Samantha Kohl</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 18, 2024</u>            By:   <u>/s/Kelley Tipton</u>

Name:   <u>Kelley Tipton</u>

Title:   <u>Certified Financial Counselor</u>